ACCEPTED
03-15-00248-CV
6159651
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/21/2015 2:42:22 PM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/21/2015 2:42:22 PM

JEFFREY D. KYLE
Clerk

| | |
|---|---|
| BRIGHAM EXPLORATION COMPANY, BEN M. BRIGHAM, DAVID T. BRIGHAM, HAROLD D. CARTER, STEPHEN C. HURLEY, STEPHEN P. REYNOLDS, HOBART A. SMITH, SCOTT W. TINKER, STATOIL ASA, and FARGO ACQUISITION, INC., §§§§§§§§§§§ | |
| Appellants, §§ | NO. 03-15-00248-CV |
| v. §§§ | |
| RAYMOND BOYTIM, et al., Individually and on Behalf of All Others Similarly Situated, §§§§§ | |
| Appellees. § | |

**UNOPPOSED MOTION TO EXTEND TIME
TO FILE APPELLANTS' BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.5, Brigham Exploration Company, Ben M. Brigham, David T. Brigham, Harold D. Carter, Stephen C. Hurley, Stephen P. Reynolds, Hobart A. Smith, and Scott W. Tinker, Appellants in the above-entitled and numbered cause, request an extension of the time within which to file their Appellants' Brief. In support of this request, Appellants respectfully represent to the Court as follows:

UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF—PAGE 1

1. The reporter's record and exhibits were filed in this case on July 9, 2015.

2. The clerk's record and supplemental clerk's records were filed in this case on June 4, 2015, June 5, 2015, and June 12, 2015.

3. This is an interlocutory appeal from a class-certification order. The Appellants' brief is currently due on July 29, 2015. Appellants need additional time and seek a 30-day extension, until August 28, 2015.

4. This is the first extension that these Appellants have sought in this matter.

5. These Appellants need additional time to file their brief because the undersigned counsel have heavy briefing responsibilities in other trial and appellate matters.

6. Counsel will need sufficient time to review the record, to draft their Appellants' Brief, to confer with co-counsel, and to allow their clients time to review the brief before filing. Thus, an extension of 30 days is warranted.

7. Appellees do not oppose the extension requested.

Therefore, Appellants respectfully request that this motion be granted, and that the time within which they must file their Appellants' Brief be extended to August 28, 2015.

Respectfully submitted,


By:  /s/ *Debora B. Alsup*
     Debora B. Alsup
     State Bar No. 02006200
     debora.alsup@tklaw.com

**Thompson & Knight LLP**
98 San Jacinto Blvd., Suite 1900
Austin, Texas  78701
(512) 469-6100
(512) 482-5028 (Facsimile)

     Timothy R. McCormick
     State Bar No. 13463500
     timothy.mccormick@tklaw.com

     Michael W. Stockham
     State Bar No. 24038074
     michael.stockham@tklaw.com

     Mackenzie Wallace
     State Bar No. 24079535
     mackenzie.wallace@tklaw.com

**Thompson & Knight LLP**
1722 Routh Street, Suite 1500
Dallas, Texas  75201
(214) 969-1700
(214) 969-1751 (Facsimile)

**ATTORNEYS FOR
THE BRIGHAM DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I certify that we have contacted counsel for Appellees, Steven M. Jodlowski, and counsel for Appellants Statoil ASA and Fargo Acquisition, Inc., Russell S. Post, and obtained an agreement from both to the extension requested in this motion.


      /s/ *Debora B. Alsup*
Debora B. Alsup


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will be electronically filed using a certified Electronic Filing Service Provider, which will send electronic notification of such filing to the following counsel of record on this the 21st day of July, 2015, or alternatively, a copy will be sent via e-mail or facsimile, to the following parties:


      /s/ *Debora B. Alsup*
Debora B. Alsup

*Counsel for Defendants*

Russell S. Post
Fields Alexander
Parth Gejji
Beck Redden LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-6220 (Alexander)
(713) 951-3720 fax
rpost@beckredden.com
falexander@beckredden.com
pgejji@beckredden.com

Chris R. Cowan
Beck Redden LLP
515 Congress Avenue, Suite 1750
Austin, Texas 78701
(512) 708-1000, ext 6402
(512) 708-1002 fax
ccowan@beckredden.com

*Class Counsel for Plaintiffs*

Robbins Geller Rudman & Dowd LLP
Randall J. Baron
David T. Wissbroecker
Steven M. Jodlowski
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
(619) 231-1058
(619) 231-7423 fax
randyb@rgrdlaw.com
dwissbroecker@rgdlaw.com
sjodlowski@rgdlaw.com

Robbins Geller Rudman & Dowd LLP
Samuel H. Rudman
Mark S. Reich
Michael G. Capeci
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
(631) 367-1173 fax
srudman@rgrdlaw.com
mreich@rgrdlaw.com
mcapei@rgrdlaw.com

*Liaison Counsel for Plaintiffs*

Boulette Golden & Marin LLP
Michael Marin
2801 Via Fortuna, Suite 530
Austin, Texas 78746
(512) 732-8924
(512) 732-8905 fax
mmarin@boulettegolden.com

*Additional Counsel for Plaintiffs*

Kendall Law Group, LLP
Joe Kendall
Daniel Hill
Jamie J. McKey
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
(214) 744-3000
(214) 744-3015 fax
jkendall@kendalllawgroup.com
dhill@kendalllawgroup.com
jmckey@kendalllawgroup.com

The Briscoe Law Firm, PLLC
Willie C. Briscoe
The Preston Commons
8150 N. Central Expressway, Suite 1575
Dallas, Texas 75206
(214) 239-4568
(281) 254-7789 fax
wbriscoe@thebriscoelawfirm.com

Dunnam & Dunnam L.L.P.
Hamilton P. Lindley
4125 W. Waco Drive (76710)
P.O. Box 8418
Waco, Texas 76714
(254) 753-6437
(254) 753-7434 fax
hlindley@ dunnamlaw.com

Brodsky & Smith LLC
Evan J. Smith
Marc L. Ackerman
Two Bala Plaza, Suite 602
Bala Cynwyd, Pennsylvania 19004
(610) 667-6200
(610) 667-9029 fax
esmith@brodsky-smith.com
mackerman@brodsky-smith.com

Levi & Korsinsky, LLP
Shane T. Rowley
30 Broad St., 24th Floor
New York, NY 10004
(212) 363-7500 x127
(866) 367-6510 fax
srowley@zlk.com

Kohn, Swift & Graf, P.C.
Denis F. Sheils
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
(215) 238-1700
(215) 238-1968 fax
dsheils@kohnswift.com

The Weiser Law Firm, P.C.
Patricia C. Weiser
James M. Ficaro
22 Cassatt Avenue
Berwyn, PA 19312
(610) 225-2677
(610) 408-8062 fax
pw@weiserlawfirm.com
jmf@weiserlawfirm.com

Ryan & Maniskas, LLP
Katharine M. Ryan
Richard A. Maniskas
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
(484) 588-5516
(484) 450-2582 fax
kryan@rmclasslaw.com
rmaniskas@rmclasslaw.com

Kelly N. Reddell
The Reddell Firm PLLC
100 Highland Park Village, Suite 200
Dallas, Texas  75205
(214) 295-3031
kelly@reddell-law.com

010283 000032 15161612.1